FILED
IN CLERK'S OFFICE
US DISTRICT COURT EDNY

★ SEP 23 2014 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TEXAS SPECIALTY MEATS, LLC,

    Plaintiff,

-against-

CLAIRE LEIBOWITZ, et al.,

    Defendants.
-------------------------------------------------------------X

ORDER

CV 13-566

(Wexler, J.)

WEXLER, District Judge:

By Report and Recommendation ("R&R") dated March 6, 2014 (docket entry 15), Magistrate Judge William D. Wall recommended that this Court grant Plaintiff's motion to strike Defendants' answer and enter a default judgment (docket entry 11). The R&R documents Defendants' repeated failure to appear or otherwise comply with the Court's directives.

The R&R also makes clear that any objections thereto were required to be filed with the Clerk of the Court within fourteen days. Further, defense counsel was directed to serve a copy of the R&R on the Defendants, which defense counsel did. (Docket entry 16). To date, no objections to the R&R have been filed, the R&R is therefore adopted. Accordingly, Defendants' answer is stricken and the Court directs the Clerk of the Court to enter a default judgment against Defendants.

SO ORDERED.

s/ Leonard D. Wexler
_____
LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
      September 23, 2014